UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BURT DANIELS, | Case No. C04-5788RJB |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| GEORGE RECKNAGEL and RICHARD STOKES, | |
| Defendants. | |

This matter is before the court on defendants' motion to dismiss. (Doc. 13). Having reviewed the motion and the balance of the record, the court finds and ORDERS.

(l) Plaintiff is proceeding pro se and has not filed a response to defendants' motion to dismiss. Local Rule CR 7 requires a response to be filed, otherwise the court may grant the requested relief. Accordingly, plaintiff shall show cause why he has not filed a response to the motion and why the court should not grant defendants' motion to dismiss. Defendants' motion will be renoted for consideration on the court's August 26, 2005, motion calendar. According to Local Rule CR 7, plaintiff's response to this Order and response to the motion to dismiss must be filed **no later than Monday, August 22, 2005.**

(2) The Clerk shall direct copies of this Order to plaintiff and to counsel for defendant.

DATED this 22nd day of July, 2005.

/s/ J. Kelley Arnold
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1